# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 31, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 23-30294    Plaquemines Parish v. BP America Prod
                USDC No. 2:18-CV-5256
    23-30422    Parish of Cameron v. BP America Prod
                USDC No. 2:18-CV-688

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

Mr. George Arceneaux III
Ms. Kelly Brechtel Becker
Mr. James Blake Canfield
Mr. Donald T. Carmouche
Ms. Jennifer Jo Clark
Mr. Paul D. Clement
Mr. Joseph DeMott
Mrs. Tristan Layle Duncan
Mr. David Charles Frederick
Mr. Andre' Collins Gaudin
Mr. Russell Keith Jarrett
Mr. William M. Jay
Mr. Peter D. Keisler
Mr. Andrew Kim
Mrs. Deborah DeRoche Kuchler
Ms. Jennifer Kwapisz
Mr. Victor L. Marcello
Mr. Eric Julian Mayer
Mr. Daniel J. McCoy
Mr. Robert Beattie McNeal
Ms. Carol L. Michel
Mr. Jason T. Morgan
Mr. David Alexander Peterson
Mr. William Christopher Pooser
Mr. Donald Wayne Price
Mr. C. Harker Rhodes IV
Mr. Daniel Brandon Rogers
Mr. Ryan Michael Seidemann

Mr. Daniel Severson
Mr. Cary Silverman
Mr. Michael A. Tilghman II
Mr. Andrew R. Varcoe
Ms. Alexandra Giselle White